ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOMALPREET KAUR,<br><br>                Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                Respondent. | CASE NO. 1:25-CV-01726-TLN-SCR<br><br>SEALING ORDER |

      The undersigned grants' respondent's request to seal the medical status report regarding the Petitioner that it filed on December 12, 2025, pursuant to the court's earlier orders (ECF Nos. 3 & 8), based on good cause shown. The 112 page status report, including exhibits, are hereby sealed absent further order of the Court. The medical status report shall be filed, nunc pro tunc, to December 12, 2025.

      IT IS SO ORDERED.

Dated: December 15, 2025

_____
Honorable Sean C. Riordan
United States Magistrate Judge