UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOMALPREET K.,[1]<br>Petitioner,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>Respondent. | No. 1:25-cv-01726-TLN-SCR<br>A# 249-140-808<br>**ORDER** |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 26.) Respondent filed late objections to the findings and recommendations asserting the same position already considered by the magistrate judge. (ECF No. 27.)

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having reviewed the file, including the objections, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 26) are adopted in full.

2. Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 10) is GRANTED on the Fifth Amendment procedural due process claim (Count 2) only.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including notice and a hearing before a neutral fact-finder where Respondents show: (a) by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk, or (b) material changed circumstances which demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future. At any such hearing, Petitioner shall be allowed to have her counsel present.

4. The Clerk of Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE